# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 8, 2024

Mr. Thomas R. Chiavetta Jr.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Ms. Elizabeth L. Dicus
Jones Day
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215

Mr. Joseph Thomas Sobecki
405 Madison Avenue, Suite 910
Toledo, OH 43604

Re: Case No. 23-3865, *Kirk Knopp v. Nat'l Railway Adjustment Board, et al*
**Cancellation of Oral Argument** -- Wednesday, July 17, 2024

Dear Counsel:

Please be advised that the **oral argument** scheduled for Wednesday, July 17, 2024, **has been cancelled**. The court will now consider this case on the record and the briefs filed by the parties.

Sincerely yours,

s/Jeanine R. Hance
Calendar Deputy