# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 09, 2024

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

         Re: Case No. 23-3865, *Kirk Knopp v. Nat'l Railway Adjustment Board, et al*
             Originating Case No. 3:22-cv-00553

Dear Ms. Opacich:

   Enclosed is a copy of the mandate filed in this case.

                                           Sincerely yours,

                                           s/Patricia J. Elder, Senior Case Manager
                                             for Sharday Swain, Case Manager

cc: Mr. Thomas R. Chiavetta Jr.
     Ms. Elizabeth L. Dicus
     Mr. Joseph Thomas Sobecki

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 23-3865

_____

Filed: August 09, 2024

KIRK E. KNOPP

     Plaintiff - Appellant

v.

NATIONAL RAILWAY ADJUSTMENT BOARD SPECIAL BOARD OF ADJUSTMENT NO. 1185

     Defendant

and

BROTHERHOOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN GENERAL COMMITTEE OF ADJUSTMENT CSX TRANSPORTATION NORTHERN RAILROAD LINES; CSX TRANSPORTATION, INC.

     Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 07/18/2024 the mandate for this case hereby issues today.

COSTS: None